# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                                    PLAINTIFF

v.                      No. 3:22-cv-209-DPM

WITHERS, Lieutenant,
Flight Surgeon, Patrol
Squadron Seventeen VP-17                            DEFENDANT

## ORDER

1. Webster is a three-striker. Before filing this lawsuit, Webster had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; and *Webster v. Day Inn Motels, Inc.*, No. 3:19-cv-78-DPM. Nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Webster wants to pursue this case, then he must pay $402 (the filing and administrative fees) and file a motion to reopen the case by 12 September 2022. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2022