## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                               **PLAINTIFF**

v.                              No. 3:22-cv-209-DPM

**WITHERS, Lieutenant,**
**Flight Surgeon, Patrol**
**Squadron Seventeen VP-17**                                                  **DEFENDANT**

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2022