IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                                                       **PLAINTIFF**

v.                                        No. 3:22-cv-209-DPM

**WITHERS, Lieutenant, Flight**
**Surgeon, Patrol Squadron,**
**Seventeen VP-17**                                                                                                **DEFENDANT**

## ORDER

Motion for reconsideration, *Doc. 8*, denied as moot.  Webster has filed his Notice of Appeal to the United States Court of Appeals for the Eighth Circuit.  *Doc. 10*.  This Court therefore lacks jurisdiction. Webster must file his papers with the Court of Appeals.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2022